### 20325.  GREEN v. THE STATE.

BLOODWORTH, J.  The motion for a new trial is based upon the general
grounds only.  The evidence demanded the verdict.  Indeed, the ac-
cused in his statement admitted his guilt.  Referring to certain whisky
which the officers found in his place of business, he said: "That was
my whisky, and I had it there to drink."

> *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*
> DECIDED APRIL 16, 1930.

*Dampier & Watson,* for plaintiff in error.
*J. A. Merritt, solicitor,* contra.